Hamis Chande
ID: 1828317
Dalhart Unit
11950 FM 998
Dalhart, Tx 79022-7624

77,577-02

January 6, 2015

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Tx 78711

Dear Sir or Madam:

RE: REQUESTING COPY OF DOCKET-SHEET IN THE
CASE OF *EX PARTE CHANDE*, WR-77,577-02

    Refers to the above-entitled. I am writing to you in regarding to my pending petition with your office. On December 29, 2014, I sent to your office my second supplemental objections to the trial court's recommendation in this application for writ of habeas corpus. Therefore, I respectfully requests for a copy of the docket-sheet of this case for my own records.

Thank you in advance for your attention in this request and I look forward hearing back from you soon.

Respectfully Submitted,

Hamis Chande
Applicant Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

